E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ELIZABETH S.P. DOUGLAS (Cal. Bar No. 331031)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5728
     Facsimile: (213) 894-0141
     Email:    elizabeth.douglas@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of Information associated with the account identified as frumpy.powder-0b@icloud.com that is within the possession, custody, or control of Apple, Inc. | No. 2:23-MJ-01623<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR FIRST EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL EVIDENCE; DECLARATION OF ELIZABETH S.P. DOUGLAS |

The United States of America, by and through its counsel of record, Assistant United States Attorney Elizabeth S.P. Douglas, hereby applies for an order extending by 30 days the time within which the government may retain and search digital evidence obtained pursuant to a federal search warrant obtained under 18 U.S.C. § 2703.

//

//

//

//

//

//

This application is based on the attached declaration of Elizabeth S.P. Douglas and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

Dated: October 13, 2023                Respectfully submitted,

                                      E. MARTIN ESTRADA
                                      United States Attorney

                                      MACK E. JENKINS
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                          /s/
                                      ELIZABETH S.P. DOUGLAS
                                      Assistant United States Attorney

                                      Attorneys for Applicant
                                      UNITED STATES OF AMERICA

**DECLARATION OF ELIZABETH S.P. DOUGLAS**

I, Elizabeth S.P. Douglas, hereby declare and state:

1. I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 30 days, the content of frumpy.powder-0b@icloud.com (the "SUBJECT ACCOUNT") obtained pursuant to the warrant described below (the "SUBJECT DIGITAL EVIDENCE").

3. On April 5, 2023, Special Agent Craig Meekins of the Federal Bureau of Investigation ("FBI") obtained a federal search warrant pursuant to 18 U.S.C. § 2703 issued by the Honorable Jean P. Rosenbluth, United States Magistrate Judge, authorizing the search of information associated with the SUBJECT ACCOUNTS that was stored at premises controlled by Apple, Inc. (the "Provider"). The warrant, which is incorporated herein by reference, authorized the search of digital evidence provided by the Provider for a period of 120 days for evidence of violations of 18 U.S.C. § 1958 (Use of Interstate Commerce Facilities in the Commission of Murder-for- Hire) and 18 U.S.C. § 373(a) (Solicitation to Commit a Crime of Violence).

4. Based on information provided to me by agents assigned to this matter (the "Case Agents"), I understand that on April 12, 2023, federal agents served the warrant on the Provider. On April 29, 2023, agents received the SUBJECT DIGITAL EVIDENCE from the Provider.

5. This is the first request for an extension. The current deadline by which the government must complete its review of the SUBJECT DIGITAL EVIDENCE is October 26, 2023.

6. Based on information provided to me by the Case Agents, I understand that the FBI uploaded the SUBJECT DIGITAL EVIDENCE to its systems to facilitate review of the evidence for both Privilege Review and investigative purposes. It often takes several weeks for technicians to process this data and prepare it in a format for the Agents' review. It also takes time to find and prepare additional FBI agents and government attorneys not associated with this case (the "Privilege Review Team") who will conduct the Privilege Review. On July 24, 2023, the Privilege Review Team began reviewing the SUBJECT DIGITAL EVIDENCE for information that is potentially privileged, pursuant to the search procedures detailed in Attachment B-2 of the warrant paragraphs 4-7. That review was completed on the same day, July 24, 2023. However, additional time was needed for technicians to remove the potentially privileged information and provide the resulting dataset of SUBJECT DIGITAL EVIDENCE to the Case Agents.

7. The Case Agents received the material screened by the Privilege Review Team on August 8, 2023. The Case Agents anticipate finishing their review of this material within the next seven days. Once the Case Agents have finished their review, technicians will need to segregate the data identified by the Case Agents from the material that the Case Agents are not seizing. This process segregation process will take approximately one week once started.

8. For the following reasons, the government is requesting an additional 30 days to complete its review of the SUBJECT DIGITAL EVIDENCE:

   a. The forensic review of digital evidence is time consuming. The SUBJECT DIGITAL EVIDENCE needed to be uploaded into a FBI forensic machine and accessed via an email client program. After the data was reviewed by the Privilege Review Team, each email and attachment was then reviewed by agents familiar with the investigation. This process can be especially burdensome for digital returns from email and cloud storage facilities due to the large amounts of data typically included in these facilities.

   b. The SUBJECT DIGITAL EVIDENCE consists of approximately 5 terabytes of information, which is equal to 5,000 gigabytes. Based on my training and experience, I know that one gigabyte could hold the contents of about ten yards of books on a shelf. One hundred gigabytes could hold an entire library floor of academic journals.

   c. Based on the substantial amount of time and work required to process this information, complete a Privilege Review, and examine the resulting data for evidence, the Case Agents need additional time to complete their review of SUBJECT DIGITAL EVIDENCE.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 13, 2023

                                                /s/
                                      ELIZABETH S.P. DOUGLAS