E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ELIZABETH S.P. DOUGLAS (Cal. Bar No. 331031)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5728
     Facsimile: (213) 894-0141
     Email:    elizabeth.douglas@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
10/13/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Search of Information associated with the account identified as frumpy.powder-0b@icloud.com that is within the possession, custody, or control of Apple, Inc.

No. 2:23-MJ-01623

[~~PROPOSED~~] ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL EVIDENCE

For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 30 days to and including November 25, 2023, the content of frumpy.powder-0b@icloud.com.

_____October 13, 2023_____
DATE

_____
HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

____/s/_____
ELIZABETH S.P. DOUGLAS
Assistant United States Attorney